UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH WONG, BOOKER TYLER JOHNSON,
REGINA JACKSON, individually, and on behalf of
all others similarly situated who consent to their
inclusion,

                              Plaintiffs,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS CORPORATION,
NOVARTIS SERVICES INC., and NOVARTIS
FINANCE CORPORATION

                              Defendants.

ECF CASE
Case No.: 11-civ-4749 (PAC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-12

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the

undersigned attorneys of record for the parties to the above-captioned action, pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

(1938), that the complaint in the above-captioned action be dismissed with prejudice and

without costs to any party as against the other. This stipulation may be filed without

further notice.

April 13, 2012

FELDMAN, FOX & MORGADO, PA

by

Dale J. Morgado
dmorgado@ffmlawgroup.com

100 No. Biscayne Blvd.
29th Floor, Suit 2902
Miami, FL 33132
(305) 384-4676

Attorneys for Plaintiffs

CRAVATH, SWAINE & MOORE LLP

by

Evan R. Chesler
Darin P. McAtee
echesler@cravath.com

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Attorneys for Defendants

SO ORDERED,
this 16th day of April, 2012:

HON. PAUL A. CROTTY
U.S.D.J.

2

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE 44-20-7453 1000
FACSIMILE 44-20-7860 1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1243

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO

ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
DAVID R. MARRIOTT

MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI

TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA R. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

April 13, 2012

Wong, et al. v. Novartis Pharmaceuticals Corporation, et al.
11-cv-4749 (PAC)

Dear Judge Crotty:

Pursuant to Rule 1 of Your Honor's Individual Practices, the parties write to report on the status of this matter. Plaintiffs filed a Collective Action Complaint on July 11, 2011 alleging violations of the Fair Labor Standards Act ("FLSA"). Novartis Pharmaceuticals Corporation ("NPC") subsequently moved to transfer venue to the District of New Jersey or, alternatively, the Southern District of Florida. That motion is currently pending before Your Honor. (See Dkt. Nos. 9-18.)

In January 2012, the NPC reached a settlement in the matter of In re Novartis Wage and Hour Litigation, 06-MD-1794 (PAC), a related case also pending before Your Honor. The class and collective action settlement was preliminarily approved on January 25, 2012, and pursuant to the Preliminary Approval Order, the deadline for collective action plaintiffs whose claims against NPC arise under the FLSA to opt in to the settlement is Monday, April 16, 2012. (See Dkt. No. 146.) Each of the three Named Plaintiffs in Wong, et al. v. NPC, et al. is among that group of collective action plaintiffs and is eligible to be a member of the FLSA Settlement Sub-Class II in the In re Novartis Wage and Hour Litigation settlement. Each has agreed to opt in to that settlement by timely submitting an Opt-In and Release Form to the Claims Administrator, and to dismiss the Wong case with prejudice in order fully and finally to resolve all of their pending wage and hour claims against NPC. To defray attorneys' fees and costs, NPC has agreed to pay $10,000 to Dale Morgado, counsel for Plaintiffs, in the event that the Wong case is dismissed with prejudice.

In light of the foregoing, the parties respectfully request that the Court order the dismissal with prejudice of Wong, et al. v. Novartis Pharmaceuticals Corporation, et al. (11-cv-4749). A proposed Stipulation and Order of Dismissal with

2

Prejudice is attached hereto. Counsel for Plaintiffs has reviewed this letter and agrees with its content.

Respectfully submitted,

Evan R. Chesler

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

VIA FACSIMILE

Encl.

Copy to:

Dale J. Morgado, Esq.
Feldman Fox & Morgado, P.A.
100 North Biscayne Boulevard
29th Floor, Suite 2902
Miami, FL 33132

VIA EMAIL